AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of New York

ALEXIS HESTER and SHEKINAH NGOUH on behalf of themselves and the Collective and Class,

*Plaintiff(s)*

v.

EASTWING FUND I HOLDING COMPANY LLC; EASTWING FUND I LP.; WINGSTOP RESTARANTS, INC.; and WINGSTOP, INC.

*Defendant(s)*

Civil Action No. 1:26-cv-2360 (MAD/PJE)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* WINGSTOP, INC.
C/O CORPORATION SERVICE COMPANY
251 Little Falls Drive,
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: James B. Jackson, Bar Roll # 708157; Carolyn H. Cottrell*; Ori Edelstein*; Robert E. Morelli, III* of SCHNEIDER WALLACE COTTRELL KIM LLP, 2000 Powell Street, Suite 1400, Emeryville, California 94608, Tel: (415) 421-7100; Fax: (415) 421-7105; Emails: jjackson@schneiderwallace.com; ccottrell@schneiderwallace.com; oedelstein@scehneiderwallace.com; rmorelli@schneiderwallace.com (*Pro Hac Vice Admission forthcoming)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk of Court

Date: 11/17/2026

s/ Ethan Newman, Deputy Clerk

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-2360 (MAD/PJE)

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc: